**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
3/25/2021
Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JACK TERRY NEWMAN, Defendant. | CR 21-15-M-DWM<br><br>**INDICTMENT**<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>Title 18 U.S.C. § 922(g)(1)<br>(Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>**POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER**<br>Title 18 U.S.C. § 922(k)<br>(Count II)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release)<br><br>**CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d)(1) |
|---|---|

1

THE GRAND JURY CHARGES:

## COUNT I

That on or about May 11, 2020, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, JACK TERRY NEWMAN, knowing he had been convicted on or about September 19, 2018, and on or about May 17, 2018, of crimes punishable for a term exceeding one year under the laws of the state of Montana, knowingly possessed, in and affecting interstate and foreign commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

That on or about May 11, 2020, at Missoula, in Missoula County, in the State and District of Montana, the defendant, JACK TERRY NEWMAN, knowingly possessed a firearm, which had been shipped in interstate and foreign commerce, knowing that the manufacturer's serial number had been removed, altered and obliterated, in violation of 18 U.S.C. § 922(k).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in count I and count II of this indictment, the defendant, JACK TERRY NEWMAN, shall forfeit, pursuant to

//

//

//

18 U.S.C. § 924(d)(1), any firearms and ammunition involved and used in any knowing violation of said offense.



A TRUE BILL

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: 4/21/21 @ 10:00 a.m. w/ KLD
Warrant: _____

3